UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH & WELFARE TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE RIVERSIDE COUNTY EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATION AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE INLAND EMPIRE LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>       Plaintiffs,<br><br>  vs.<br><br>CHRISTOPHER R. MORALES, INC., a California corporation,<br><br>       Defendant. | Case No.: CV11-8962 GAF(FMOx)<br><br>Assigned to the Honorable Gary A. Fees<br><br>**JUDGMENT** |

MORALES_PROPOSED JUDGMENT.DOC

1

Judgment

1   This action having been commenced on October 28, 2011, and the Court having
2   approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the
3   Southern California IBEW-NECA Pension Plan, et al., and against defendant
4   Christopher R. Morales, Inc., and for good cause shown,

6   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Riverside County Electrical Health & Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Riverside County Education and Training Trust Fund, Trustees of the San Bernardino County Electrical Education and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the Inland Empire Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, Contract Compliance Fund, National Electrical Industry Fund and the Los Angeles Electrical Workers Credit Union, shall recover from defendant Christopher R. Morales, Inc., the principal amount of $122,157.88, plus pre-judgment interest and post judgment interest thereon at the rate of eight percent (8%) per annum from February 1, 2012, until paid in full.

Dated: February 15, 2012

_____
UNITED STATES DISTRICT JUDGE